UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| ACCURATE MANUFACTURING CO., | ) | Case No. 06-03582-JPC |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |

**Trustee's Final Report**

To:    The Honorable Jacqueline P. Cox
       United States Bankruptcy Judge

NOW COMES Joseph A. Baldi, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1.      The Petition commencing this case was filed on April 4, 2006. Joseph A. Baldi was appointed as Trustee on the April 4. 2006. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2.      The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor's discharge. The trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.      The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.      A summary of the trustee's final account as of January 29, 2009 is as follows:

| | | | |
|---|---|---|---|
| a. | | RECEIPTS (See Exhibit C) | $41,301.80 |
| b. | | DISBURSEMENTS (See Exhibit C) | $73.09 |
| c. | | NET CASH available for distribution | $41,228.71 |
| d. | | TRUSTEE/PROFESSIONAL COSTS: | |
| | 1. | Trustee compensation requested | $4,880.18 |
| | 2. | Compensation requested by attorney or other professionals for trustee | |

| | | |
|---|---|---|
| (a.) | Joseph A. Baldi & Associates, P.C.<br>*Attorney for Trustee Fees (Trustee Firm)* | $8,603.00 |
| (b.) | Popowcer Katten, Ltd<br>*Accountant for Trustee Fees (Trustee Firm)* | $5,185.00 |

5.    The Bar Date for filing unsecured claims expired on August 31, 2006.

6.    All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $18.668.18 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $50,368.31 |
| e. | Allowed unsecured claims | $1,320,847.01 |

7.    Trustee proposes that unsecured creditors receive a distribution of 0.00% of allowed claims.

8.    The compensation previously awarded to Trustee's counsel, accountants or other professionals, and the compensation requested but not yet allowed is as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE<br>*Trustee Compensation* | $0.00 | $4,880.18 | $0.00 |
| JOSEPH A. BALDI & ASSOCIATES, P.C.<br>*Attorney for Trustee* | $0.00 | $8.603.00 | $0.00 |
| POPOWCER KATTEN, LTD<br>*Accountant for Trustee* | $0.00 | $5,185.00 | $0.00 |

9.    A fee of $5.000.00 was paid to Debtor's Counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

Respectfully Submitted

DATE: _____February 11, 2009_____

/s/Joseph A. Baldi, Trustee_____
Joseph A. Baldi, Trustee
Suite 1500
19 South LaSalle Street
Chicago, IL  60603

**Tasks Completed by Trustee**

**Exhibit A**

## EXHIBIT A

## TASKS PERFORMED BY TRUSTEE

The Trustee reviewed the Debtor's Schedule of Assets and Liabilities and Statements of Financial Affairs. The Trustee conducted an examination of the Debtor's principal at the Section 341 meeting of creditors.

A.    Trustee issued a demand and recovered cash value payable to the Debtor on account of an insurance policy; Trustee worked with and through his attorneys to procure the turnover of the proceeds of the Debtor's bank accounts; Trustee, represented by his attorneys, negotiated for the sale of the Debtor's ownership interest in the capital stock of Flexible Coupling Corporation; pursuant to this Court's order dated November 8, 2006, Trustee sold the Stock;

B.    Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

C.    Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

D.    Trustee prepared semi-annual reports required by the United States Trustee and met with representatives of the U.S. Trustee regarding the administration and status of the case;

E.    Trustee and his attorneys examined, analyzed and verified proofs of claim filed against the Estate; Trustee and his attorneys oversaw, facilitated and verified the proper distribution and termination of the Debtor's 401(k) plan;

F.    Trustee directed his Trustee's accountants to prepare Estate tax returns and oversaw the preparation and filing of same; and

G.    Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

## EXHIBIT A

Form I

Individual Estate Property Record and Report

Exhibit B

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page 1

| | | |
|---|---|---|
| Case No: | 06-03582 JPC Judge: Jacqueline P. Cox | |
| Case Name: | ACCURATE MANUFACTURING CO | |
| For Period Ending: 02/04/09 | | |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Date Filed (f) or Converted (c): | 04/04/06 (f) |
| 341(a) Meeting Date: | 05/23/06 |
| Claims Bar Date: | 08/31/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking, Savings Accounts | 10,585.15 | 10,085.15 | | 10,085.15 | FA |
| General Checking Account #8400028532 at Charter One Bank, 8811 W. 159th Street, Orland Hills, IL 60477 | | | | | |
| 2. Stock & Interests in Businesses | 0.00 | 0.00 | | 1,000.00 | FA |
| 100% of the shares of stock of Flexible Coupling Corporation - offer received to purchase for $1,000 from Mr. Foley | | | | | |
| 3. Accounts Receivable | 1,389.20 | Unknown | | 0.00 | FA |
| Pride Machinery Sales - no recoverable value | | | | | |
| 4. Accounts Receivable | 1,577.75 | 0.00 | | 0.00 | FA |
| C.F. Woodbury - no recoverable value | | | | | |
| 5. Other Personal Property | 29,231.40 | 29,231.40 | | 29,231.40 | FA |
| Cash value of proceeds of Washington National insurance policy | | | | | |
| 6. Post-Petition Interest Deposits (u) | Unknown | N/A | | 699.88 | Unknown |
| 7. Hirsch Industries ch. 11 BK claim (u) | 0.00 | Unknown | | 237.00 | Unknown |
| 8. AT&T Refund (u) | 0.00 | 48.37 | | 48.37 | 0.00 |
| Replacement check rec'd from AT&T for prepetition stale/dormant check for refund | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $42,783.50 $39,364.92 $41,301.80 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee recovered $10,000 bank account and $29,000 in insurance proceeds. Bar date set. Collection of accounts receivable doubtful, amounts not

sufficient to sell or sue on. Reviewed records for avoidable transfers and collections-no recoverable transfers. Resolved 401k distribution to

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page:    2

| | |
|---|---|
| Case No: | 06-03582    JPC    Judge: Jacqueline P. Cox |
| Case Name: | ACCURATE MANUFACTURING CO |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Date Filed (f) or Converted (c): | 04/04/06 (f) |
| 341(a) Meeting Date | 05/23/06 |
| Claims Bar Date | 08/31/06 |

participants

Initial Projected Date of Final Report (TFR): 09/01/08          Current Projected Date of Final Report (TFR): 06/01/09

LFORM1

**Trustee's Final Report**

**Form II**

**Estate Cash Receipts and Disbursements Record**

**Exhibit C**

FORM 2

Page: 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:       06-03582 -JPC
Case Name:     ACCURATE MANUFACTURING CO.

Trustee Name:           Joseph A. Baldi, Trustee
Bank Name:              Bank of America, N.A.
Account Number / CD #:  *******0436  Money Market Account (Interest Earn

Taxpayer ID No:   *******8661
For Period Ending:   02/04/09

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 04/17/06 | 5 | WASHINGTON NATIONAL INSURANCE CO 11815 N. PENNSYLVANIA STREET CARMEL, IN 46032 | Cash Value on insurance policy Cash value of insurance policy turned over by Debtor. | 29,231.40 | | | | | 29,231.40 |
| 04/28/06 | 6 | Bank of America, N.A. | Interest Rate 1.000 | | 10.41 | | | | 29,241.81 |
| 05/31/06 | 6 | Bank of America, N.A. | Interest Rate 1.000 | | 24.84 | | | | 29,266.65 |
| 06/30/06 | 6 | Bank of America, N.A. | Interest Rate 1.000 | | 24.05 | | | | 29,290.70 |
| 07/18/06 | 1 | CHARTER ONE JP MORGAN CHASE BANK, N A DENVER, CO | DEBTOR'S BANK ACCOUNT | 10,085.15 | | | | | 39,375.85 |
| 07/27/06 | 7 | HIRSCH INDUSTRIES, INC. 11229 AURORA AVE. URBANDALE, IA 50322 | Ch. 11 Distribution on D's claim | 218.00 | | | | | 39,593.85 |
| 07/31/06 | 6 | Bank of America, N.A. | Interest Rate 1.000 | | 27.07 | | | | 39,620.92 |
| 08/31/06 | 6 | Bank of America, N.A. | Interest Rate 1.000 | | 33.64 | | | | 39,654.56 |
| 09/29/06 | 6 | Bank of America, N.A. | Interest Rate 1.000 | | 32.59 | | | | 39,687.15 |
| 10/30/06 | 7 | HIRSCH INDUSTRIES, INC. 11229 AURORA AVE. URBANDALE, IA 50322 | Ch. 11 claim distribution | 19.00 | | | | | 39,706.15 |
| 10/31/06 | 6 | Bank of America, N.A. | Interest Rate 1.000 | | 33.71 | | | | 39,739.86 |
| 11/21/06 | 2 | JOHNSON & NEWBY Client Trust Fund 39 S. LaSalle Street Suite 820 Chicago, IL 60603 | Sale of Flexible Coupling stock | 1,000.00 | | | | | 40,739.86 |
| 11/30/06 | 6 | Bank of America, N.A. | Interest Rate 1.000 | | 32.77 | | | | 40,772.63 |
| 12/29/06 | 6 | Bank of America, N.A. | Interest Rate 1.000 | | 34.62 | | | | 40,807.25 |
| 01/18/07 | 8 | AT&T Chicago  IL | Replacement for prepetion refund | 48.37 | | | | | 40,855.62 |
| 01/31/07 | 6 | Bank of America, N.A. | Interest Rate 1.000 | | 34.68 | | | | 40,890.30 |
| 02/20/07 | | Transfer to Acct #*******0863 | Bank Funds Transfer | | | | | -34.15 | 40,856.15 |
| 02/28/07 | 6 | Bank of America, N.A. | Interest Rate 1.000 | | 31.36 | | | | 40,887.51 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    2

| Case No: | 06-03582 -JPC | | Trustee Name: | Joseph A Baldi, Trustee |
| Case Name: | ACCURATE MANUFACTURING CO. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | ******0436  Money Market Account (Interest Earn |
| Taxpayer ID No: | ******8661 | | | |
| For Period Ending: | 02/04/09 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 03/30/07 | 6 | Bank of America, N.A. | Interest Rate  1.000 | | 34.73 | | | | 40,922.24 |
| 04/30/07 | 6 | Bank of America, N.A. | Interest Rate  1.000 | | 33.63 | | | | 40,955.87 |
| 05/31/07 | 6 | Bank of America, N.A. | Interest Rate  1.000 | | 34.78 | | | | 40,990.65 |
| 06/29/07 | 6 | Bank of America, N.A. | Interest Rate  1.000 | | 33.69 | | | | 41,024.34 |
| 07/31/07 | 6 | Bank of America, N.A. | Interest Rate  1.000 | | 34.85 | | | | 41,059.19 |
| 08/31/07 | 6 | Bank of America, N.A. | Interest Rate  1.000 | | 34.87 | | | | 41,094.06 |
| 09/28/07 | 6 | Bank of America, N.A. | Interest Rate  0.750 | | 26.17 | | | | 41,120.23 |
| 10/31/07 | 6 | Bank of America, N.A. | Interest Rate  0.750 | | 26.20 | | | | 41,146.43 |
| 11/30/07 | 6 | Bank of America, N.A. | Interest Rate  0.650 | | 21.98 | | | | 41,168.41 |
| 12/31/07 | 6 | Bank of America, N.A. | Interest Rate  0.500 | | 19.68 | | | | 41,188.09 |
| 01/31/08 | 6 | Bank of America, N.A. | Interest Rate  0.400 | | 16.32 | | | | 41,204.41 |
| 02/19/08 | | Transfer to Acct #******0863 | Bank Funds Transfer | | | | | -38.94 | 41,165.47 |
| 02/29/08 | 6 | Bank of America, N.A. | Interest Rate  0.300 | | 9.79 | | | | 41,175.26 |
| 03/31/08 | 6 | Bank of America, N.A. | Interest Rate  0.250 | | 9.73 | | | | 41,184.99 |
| 04/30/08 | 6 | Bank of America, N.A. | Interest Rate  0.250 | | 8.44 | | | | 41,193.43 |
| 05/30/08 | 6 | Bank of America, N.A. | Interest Rate  0.150 | | 5.22 | | | | 41,198.65 |
| 06/30/08 | 6 | Bank of America, N.A. | Interest Rate  0.150 | | 5.07 | | | | 41,203.72 |
| 07/31/08 | 6 | Bank of America, N.A. | Interest Rate  0.150 | | 5.23 | | | | 41,208.95 |
| 08/29/08 | 6 | Bank of America, N.A. | Interest Rate  0.150 | | 5.23 | | | | 41,214.18 |
| 09/30/08 | 6 | Bank of America, N.A. | Interest Rate  0.150 | | 5.08 | | | | 41,219.26 |
| 10/31/08 | 6 | Bank of America, N.A. | Interest Rate  0.100 | | 4.00 | | | | 41,223.26 |
| 11/28/08 | 6 | Bank of America, N.A. | Interest Rate  0.100 | | 3.37 | | | | 41,226.63 |
| 12/31/08 | 6 | Bank of America, N.A. | Interest Rate  0.010 | | 2.08 | | | | 41,228.71 |

Ver  14.21

FORM 2                                                                                                  Page    3

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:         06-03582 -JPC
Case Name:       ACCURATE MANUFACTURING CO.

Taxpayer ID No.  *******8661
For Period Ending:  02/04/09

Trustee Name:         Joseph A. Baldi, Trustee
Bank Name:            Bank of America, N.A.
Account Number / CD #:  *******0436  Money Market Account (Interest Earn

Blanket Bond (per case limit):  $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|----|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account *******0436 | | Balance Forward | | 0.00 | | | | | |
| | 6 | Deposits | | 40,601.92 | | 0 Checks | | 0.00 | |
| | 33 | Interest Postings | | 699.88 | | 0 Adjustments Out | | 0.00 | |
| | | | | | | 2 Transfers Out | | 73.09 | |
| | | Subtotal | $ | 41,301.80 | | | | | |
| | 0 | Adjustments In | | 0.00 | | Total | $ | 73.09 | |
| | 0 | Transfers In | | 0.00 | | | | | |
| | | Total | $ | 41,301.80 | | | | | |

LFORM2XT

Ver 14.21

FORM 2                                                                        Page:   4

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-03582 -JPC | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | ACCURATE MANUFACTURING CO. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******0863  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8661 | | | |
| For Period Ending: | 02/04/09 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 02/20/07 | | Transfer from Acct #*******0436 | Bank Funds Transfer | | | | | 34.15 | 34.15 |
| 02/20/07 | 001001 | International Sureties, Ltd. | | | | 34.15 | | | 0.00 |
| | | Suite 500 | | | | | | | |
| | | 203 Carondelet Street | | | | | | | |
| | | New Orleans LA 70130 | | | | | | | |
| 02/19/08 | | Transfer from Acct #*******0436 | Bank Funds Transfer | | | | | 38.94 | 38.94 |
| 02/19/08 | 001002 | International Sureties | Bond Premium Payment | | | 38.94 | | | 0.00 |
| | | 701 Pydras Street #420 | 2008 Annual premium payment | | | | | | |
| | | New Orleans, LA 70139 | | | | | | | |

| Account  *******0863 | | Balance Forward | | 0.00 | | 2  Checks | | 73.09 |
|---|---|---|---|---|---|---|---|---|
| | 0 | Deposits | | 0.00 | | 0  Adjustments Out | | 0.00 |
| | 0 | Interest Postings | | 0.00 | | 0  Transfers Out | | 0.00 |
| | | Subtotal | $ | 0.00 | | | | |
| | | | | | | Total | $ | 73.09 |
| | 0 | Adjustments In | | 0.00 | | | | |
| | 2 | Transfers In | | 73.09 | | | | |
| | | Total | $ | 73.09 | | | | |

FORM 2

Page:    5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-03582 -JPC | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | ACCURATE MANUFACTURING CO. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | ******0863  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | ******8661 | | | |
| For Period Ending: | 02/04/09 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

| | Report Totals | | Balance Forward | 0.00 | | | | | |
| | | 6 | Deposits | 40,601.92 | | 2 Checks | | 73.09 | |
| | | 33 | Interest Postings | 699.88 | | 0 Adjustments Out | | 0.00 | |
| | | | | | | 2 Transfers Out | | 73.09 | |
| | | | Subtotal | $  41,301.80 | | | | | |
| | | | | | | Total | $  146.18 | | |
| | | 0 | Adjustments In | 0.00 | | | | | |
| | | 2 | Transfers In | 73.09 | | | | | |
| | | | Total | $  41,374.89 | | Net Total Balance | $  41,228.71 | | |

LFORM2XT

Ver  14-21

Accurate Manufacturing Co.
Case No. 06-03582

Proposed Distribution Report

Exhibit D

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| ACCURATE MANUFACTURING CO., | ) | Case No. 06-03582-JPC |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |

## PROPOSED DISTRIBUTION REPORT

I, Joseph A. Baldi, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

### SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $18,668.18 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $22.560.53 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $0.00 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $41.228.71 |

EXHIBIT D

REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $18,668.18 | 100.00% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
|  | Joseph A. Baldi, Trustee *Trustee Compensation* | $4,880.18 | $4,880.18 |
|  | Joseph A. Baldi & Associates, P.C. *Attorney for Trustee Fees (Trustee Firm)* | $8,603.00 | $8,603.00 |
|  | Popowcer Katten, Ltd *Accountant for Trustee Fees (Other Firm)* | $5,185.00 | $5,185.00 |
|  | **CLASS TOTALS** | **$18,668.18** | **$18,668.18** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $0.00 | 0.00% |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) - Domestic Support Obligations | $ 0.00 | 0.00% |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00% |

EXHIBIT D

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | 0.00% |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Contributions Employee Benefit Plans | $ 50,368.31 | 44.79% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000008 | Daniel J Orseske | $3,290.97 | $1,474.06 |
| | *Contributions: Employee Benefit Plans* | | |
| 000010B | National IAM Benefit Trust Fund | $42,710.97 | $19,130.72 |
| | *Contributions: Employee Benefit Plans* | | |
| 000011B | I.A.M. National Pension Fund | $4,366.37 | $1,955.75 |
| | *Contributions: Employee Benefit Plans* | | |
| | CLASS TOTALS | $50,368.31 | $22,560.53 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00% |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00% |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00% |

EXHIBIT D

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00% |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00% |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(10) - Death & Personal Injury Claims for DUI | $ 0.00 | 0.00% |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims to be paid prorata after costs of administration and priority claims are paid in full | $ 1,270.734.51 | 0.00% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000001 | St. Paul Travelers (Vol)<br>*General Unsecured 726* | $4,794.42 | $0.00 |
| 000002 | TMA<br>*General Unsecured 726* | $1,457.00 | $0.00 |
| 000003 | Crucible Materials Corp<br>*General Unsecured 726* | $29,564.65 | $0.00 |
| 000004 | Tool Steel Service, Inc<br>*General Unsecured 726* | $11,937.79 | $0.00 |
| 000005 | Daly, Patrick F.<br>*General Unsecured 726* | $14.991.25 | $0.00 |
| 000006 | Robert L Foley<br>*General Unsecured 726* | $702,324.13 | $0.00 |
| 000007 | Accureal Partnership<br>*General Unsecured 726* | $476,100.62 | $0.00 |

EXHIBIT D

| 000009 | Crucible Materials Corp *General Unsecured 726* | $29,564.65 | $0.00 |
|---|---|---|---|
| | **CLASS TOTALS** | **$1,270,734.51** | **$0.00** |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 50,112.50 | 0.00% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000010A | National IAM Benefit Trust Fund *Tardy General Unsecured 726* | $48,162.18 | $0.00 |
| 000011A | I.A.M. National Pension Fund *Tardy General Unsecured 726* | $1,950.32 | $0.00 |
| | **CLASS TOTALS** | **$50,112.50** | **$0.00** |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/penalties | $ 0.00 | 0.00% |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00% |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00% |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00% |

EXHIBIT D

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____February 11, 2009_____         /s/Joseph A. Baldi, Trustee_____

EXHIBIT D

Form ntcftfc7

# United States Bankruptcy Court
### Northern District of Illinois
#### Eastern Division
#### 219 S Dearborn
#### 7th Floor
#### Chicago, IL 60604

In Re:

Accurate Manufacturing Co.
15941 S Harlem Ave #382
Tinley Park. IL 60477

SSN: EIN: 36-2958661

Case No. :   06-03582

Chapter :   7
Judge :   Jacqueline P. Cox

Debtor's Attorney:
Cindy M. Johnson
Johnson & Newby, LLC
39 S. LaSalle Street
Suite 820
Chicago. IL 60603

312 345-1306 Ext. 101

Trustee:
Joseph A Baldi. Tr
Joseph Baldi & Associates
19 S Lasalle Street Suite 1500
Chicago, IL 60603

312-726-8150

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s). Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above-named debtor(s) on *April 4, 2006 .*

1. *August 31, 2006* is fixed as the last day for the filing of claims by creditors other than governmental units.

2. *August 31, 2006* is fixed as the last day for filing or claims by govenmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim. whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the above date fixed as the last day for the filing of claims will not be timely. except as otherwise provided by law. A claim may be filed in person or by mail on an official form prescribed for a proof of claim. If you wish to file a claim. please use the claim form on the reverse side.

For the Court.

Dated: May 31, 2006

Kenneth S. Gardner . Clerk
United States Bankruptcy Court

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

District/off: 0752-1        User: vrowe            Page 1 of 1          Date Rcvd: May 31, 2006
Case: 06-03582             Form ID: ntcftfc7       Total Served: 30

The following entities were served by first class mail on Jun 02, 2006.
```
db       +Accurate Manufacturing Co.,    15941 S Harlem Ave #382,   Tinley Park, IL 60477-1609
aty      +Cindy M. Johnson,    Johnson & Newby, LLC,    39 S. LaSalle Street,    Suite 820,
           Chicago, IL 60603-1616
aty      +Elizabeth C Berg,    Joseph A. Baldi & Associates,    19 S Lasalle Street, , Suite 1500,
           Chicago, IL 60603-1413
aty      +Joseph A Baldi,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
           Chicago, IL 60603-1413
tr       +Joseph A Baldi,, Tr,   Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
           Chicago, IL 60603-1413
10677122 +Accurate Document Destruction,    2500 Landmeier Road,   Elk Grove Village, IL 60007-2627
10677123 +Advanced Telecommunications,    1811 Centre Point Circle,   Suite 111,   Naperville, IL 60563-2604
10677124 +Alro Steel Corp.,    Attn: Carl Spaeth,   P.O. Box 927,   Jackson, MI 49204-0927
10677125 +American Appraisal Associates,    Bin 391,   Milwaukee, WI 53288-0001
10677126  Automated Services, Inc.,    4821 W. 153rd Street,   Orland Park, IL 60462
10677127  Baumbich, James,    689 Lake Cook Road,   Glen Ellyn, IL 60137
10677128 +BlueStar Energy Services,    363 W. Erie Street,   Suite 700,   Chicago, IL 60610-6903
10677129 +Calumet Surface Hardening,    6805 McCook Ave,   Hammond, IN 46323-1597
10677130 +Crucible Service Center,    1351 Enterprise Drive,   Romeoville, IL 60446-1015
10677131 +Daly, Patrick F.,    14535 John Humphrey Drive,Suite 101,   c/o James Dunneback,
           Orland Park, IL 60462-6212
10677132 +Flexible Coupling,    15941 S. Harlem Ave, #111,   Tinley Park, IL 60477-1609
10677133 +Globalcom,    4070 Paysphere Circle,   Chicago, IL 60674-0040
10677134 +Hynes & Johnson,    30 North LaSalle Street,   Suite 4100,   Chicago, IL 60602-2507
10677135 +National I.A.M. Benefit Fund,    1300 Connecticut Ave. N.W.,   Suite 300,
           Washington, DC 20036-1707
10677136 +National I.A.M. Pension Fund,    1300 Connecticut Ave. N.W.,   Washington, DC 20036-1711
10677137  Nicor Gas,    PO Box 310,   Aurora, IL 60507-0310
10677138  Pitney Bowes,    PO Box 856460,   Louisville, KY 40285-6460
10677139  Pitney Bowes Credit Corp.,    PO Box 856460,   Louisville, KY 40285-6460
10677140 +SBC,    Bill Payment Center,   Saginaw, MI 43663-0001
10677142 +St. Paul Travelers,    CL & Specialty Insurance Center,   Hartford, CT 06183-0001
10737884 +St. Paul Travelers (Vol),    c/o RMS Bankruptcy Recovery Services,    P.O. Box 5126,
           Timonium, Maryland 21094-5126,   Telephone Number: (410) 773-4085
10677143 +TMA,    1177 S. Dee Road,   Park Ridge, IL 60068-4379
10677144 +Tool Steel Service, Inc,    7333 S. 76th Ave.,   Bridgeview, IL 60455-1107
10677145  Wapakoneta Machine Company,    PO Box 429,   Wapakoneta, OH 45895-0429
```

The following entities were served by electronic transmission on Jun 01, 2006 and receipt of the transmission
was confirmed on:
```
tr       +EDI: QJABALDI.COM Jun 01 2006 00:08:00    Joseph A Baldi,, Tr,   Joseph Baldi & Associates,
           19 S Lasalle Street Suite 1500,   Chicago, IL 60603-1413
10677141 +EDI: NEXTEL.COM Jun 01 2006 00:08:00    Sprint,   PO Box 6291,   Carol Stream, IL 60197-6291
                                                                              TOTAL: 2
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner
shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1). a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 02, 2006                Signature:   *Joseph Speetjens*