UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 06-03582 |
| Accurate Manufacturing Co., | ) | Hon. Jacqueline P. Cox |
| | ) | |
| Debtor. | ) | |

### Application for Allowance and Payment of
### Final Compensation of Joseph A. Baldi, as Trustee

Joseph A. Baldi, not personally but solely as trustee ("Trustee") of the estate ("Estate") of Accurate Manufacturing Co., debtor ("Debtor"), pursuant to sections 326 and 330 of title 11, United States Code ("Code"), requests this Court to enter an order allowing and authorizing payment to Trustee of $4,880.18 as final compensation for services rendered as trustee in this case from April 4, 2006 through the close of this case. In support thereof, Trustee states as follows:

### Introduction

1. Debtor commenced this case on April 4, 2006 by filing a voluntary petition for relief under chapter 7 of the Code.

2. Joseph A. Baldi is the duly appointed, qualified and acting chapter 7 trustee in this case.

3. As of the commencement of this case, the major assets of the Estate were the funds in the Debtor's bank accounts, proceeds from an insurance policy and certain capital stock.

4. The bar date for filing claims in this case was August 31, 2006.

### Prior Compensation

5. This is the first and final application ("Application") for allowance of compensation filed by Trustee in this case.

6. Trustee has not previously received or been promised any payments for services rendered or to be rendered in this case except as set forth above.

## Services Rendered by Trustee

7. Since his appointment in this case, Trustee has performed actual, necessary and valuable services on behalf of the Estate with a total value of $4,714.00. Itemized billing statements describing the Trustee's services are attached hereto as Exhibit A. Those services include but are not limited to the following:

A. Trustee issued a demand and recovered cash value payable to the Debtor on account of an insurance policy; Trustee worked with and through his attorneys to procure the turnover of the proceeds of the Debtor's bank accounts; Trustee, represented by his attorneys, negotiated for the sale of the Debtor's ownership interest in the capital stock of Flexible Coupling Corporation; pursuant to this Court's order dated November 8, 2006, Trustee sold the Stock;

B. Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

C. Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

D. Trustee prepared semi-annual reports required by the United States Trustee and met with representatives of the U.S. Trustee regarding the administration and status of the case;

E. Trustee and his attorneys examined, analyzed and verified proofs of claim filed against the Estate; Trustee and his attorneys oversaw, facilitated and verified the proper distribution and termination of the Debtor's 401(k) plan;

F. Trustee directed his Trustee's accountants to prepare Estate tax returns and oversaw the preparation and filing of same; and

G. Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

### Funds Collected and Disbursed by Trustee

8. Trustee has collected the sum of $41,301.80 on behalf of the Estate. Trustee has made $73.09 in disbursements in this case as of the date hereof.

9. A copy of the *Form 1 Individual Estate Property Record and Report* showing the disposition of the assets of this Estate is attached to Trustee's Final Report as Exhibit B.

### Compensation Requested

10. During the period covered by this Application, Trustee has spent 21.90 hours rendering services on behalf of this Estate with a value of $4,714.00. Trustee estimates that he will spend an additional four (4) hours rendering services with a value of $880.00 to obtain approval of the final report, make a final distribution to creditors and prepare and file his final account. In addition to the amounts requested for services previously rendered, Trustee also seeks allowance and payment of compensation for the services he will render in order to close this case.

11. The maximum compensation allowable to Trustee pursuant to section 326 of the Code, based upon the receipts and disbursements listed above, is $4,880.18 calculated as follows:

| | |
|---|---|
| 25% of the first $5,000.00 | $1,250.00 |
| 10% of the next $36,301.80 | $3,630.18 |
| MAXIMUM COMPENSATION ALLOWABLE | $4,880.18 |

12. Based upon the caliber of the services rendered by Trustee and the results achieved in this case, Trustee requests allowance and payment of final compensation for his services rendered as trustee from the time of his appointment through the closing of this case in the amount of $4,880.18. This amount represents reasonable compensation for the services rendered by Trustee and is within the maximum compensation allowable as set forth in paragraph 11 above.

13. An affidavit pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, executed by Joseph A. Baldi, as trustee, is attached hereto as Exhibit B.

14. Trustee requests that the compensation requested herein be paid from the Estate funds in his possession.

### Status of the Case

15. The Trustee has liquidated or abandoned all of the assets belonging to this Estate and completed his review and analysis of the claims filed against the Estate.

16. Trustee has completed and filed his Final Report simultaneously herewith. Final fee applications for the Trustee's Attorneys and Trustee's Accountants have been filed concurrently herewith.

WHEREFORE, Joseph A. Baldi, as trustee of the Estate of Accurate Manufacturing Co., requests the entry of an order providing the following:

A. Allowing to Trustee final compensation in the amount of $4,880.18 for actual and necessary professional services rendered and to be rendered on behalf of this Estate from April 4, 2006 through the closing of this case; and

B. For such other and further relief as this Court deems appropriate.

Dated: February 11, 2009

Joseph A. Baldi, as trustee of the estate
of Accurate Manufacturing Co., Debtor

By:___/s/_____
        Joseph A. Baldi

Joseph A. Baldi
Attorney I.D. No. 00100145
Elizabeth C. Berg
Attorney I.D. No. 6200886
19 S. LaSalle St., Suite 1500
Chicago, IL 60603
(312) 726-8150

Trustee's Itemized Billing Statements

Exhibit A

# Joseph A. Baldi & Associates, P. C.
19 S. LaSalle Street
Suite 1500
Chicago, IL 60603

Phone: (312) 726-8150
Fax:   (312) 726-5067

FEIN: 36-4352753

**Invoice submitted to:**

February 9, 2009
Invoice No:   1189

Joseph A. Baldi, trustee
c/o Joseph A. Baldi & Associates, P.C.
19 South LaSalle Street
Suite 1500
Chicago, IL 60603

**In Reference to:**   *Accurate - Trustee matters*

## Professional Services

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 4/21/2006 | JAB | Review banking records on line, download same and set up quicken account with financial records. Review payments over $5,000, copy same. | 2.00 $350.00/ hr | $700.00 |
| 5/15/2006 | ECB1 | Process April 2006 bank statements; Reconcile accounts | 0.20 $140.00/ hr | $28.00 |
| 5/23/2006 | JAB | Conduct 341 Meeting, examine debtor on assets, further collections, value of subsidiary. | 0.40 $350.00/ hr | $140.00 |
| 6/19/2006 | ECB1 | Meet with examiners, provide case documentation and explain Trustee procedures in connection with DOJ quadrennial audit | 0.40 $140.00/ hr | $56.00 |
| 6/19/2006 | ECB1 | Process May 2006 bank statements; Reconcile bank accounts | 0.20 $140.00/ hr | $28.00 |
| 7/18/2006 | ECB1 | Process and deposit proceeds from turnover of Debtor's bank account | 0.20 $140.00/ hr | $28.00 |
| 7/19/2006 | ECB1 | Process June 2006 bank statements (.1); reconcile accounts (.1) | 0.20 $140.00/ hr | $28.00 |
| 7/27/2006 | ECB1 | Investigate debtor claim in Hirsch Industries reorganization on PACER | 0.40 $140.00/ hr | $56.00 |
| 7/27/2006 | ECB1 | Process and deposit distribution check rec'd from Hirsch Industries chapter 11 case | 0.20 $140.00/ hr | $28.00 |

**Joseph A. Baldi & Associates, P. C.**                              2/09/2009

Accurate - Trustee matters                                    Page    2

---

| Date | Staff | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 8/17/2006 | ECB1 | Review and process July 2006 bank statements (.1) Reconcile accounts (.1) | 0.20<br>$140.00/ hr | $28.00 |
| 8/28/2006 | ECB1 | Preliminary review of claims | 0.20<br>$140.00/ hr | $28.00 |
| 9/07/2006 | ECB1 | Draft response to UST audit report | 0.90<br>$140.00/ hr | $126.00 |
| 9/21/2006 | ECB1 | Process August 2006 bank statements and reconcile bank accounts | 0.20<br>$140.00/ hr | $28.00 |
| 10/03/2006 | ECB1 | Meet with Trustee and confer on status in connection with 3rd quarterly review for 2006 annual reports | 0.10<br>$140.00/ hr | $14.00 |
| 10/17/2006 | ECB1 | Process September 2006 bank statements (.1) Reconcile accounts (.1) | 0.20<br>$140.00/ hr | $28.00 |
| 11/20/2006 | ECB1 | Process October 2006 bank statements; reconcile bank accounts | 0.20<br>$140.00/ hr | $28.00 |
| 11/21/2006 | ECB1 | Process and deposit proceeds from sale of Flexible Coupling stock | 0.20<br>$140.00/ hr | $28.00 |
| 12/05/2006 | ECB1 | Meet with Alfreda Baran on supplement audit review | 0.20<br>$140.00/ hr | $28.00 |
| 12/18/2006 | ECB1 | Process November 06 bank statements; Reconcile accounts | 0.20<br>$140.00/ hr | $28.00 |
| 12/26/2006 | ECB1 | Initial review of Form 3 Notes for TR 2006 Annual Report to UST | 0.10<br>$140.00/ hr | $14.00 |
| 1/15/2007 | ECB1 | Process January 07 bank statements: Reconcile estate accounts | 0.20<br>$140.00/ hr | $28.00 |
| 2/13/2007 | ECB1 | Prep of 2006 annual reports | 1.20<br>$140.00/ hr | $168.00 |
| 2/15/2007 | ECB1 | Process January 2007 bank statements (.1) Reconcile trustee bank accounts (.1) | 0.20<br>$140.00/ hr | $28.00 |
| 3/19/2007 | ECB1 | Process February 2007 bank statements; Reconcile accounts | 0.20<br>$140.00/ hr | $28.00 |
| 3/28/2007 | ECB1 | Conduct 1st quarter case review per UST guidelines and update TR database | 0.10<br>$140.00/ hr | $14.00 |
| 4/16/2007 | ECB1 | Obtain and transmit missing bank statements to UST in connection with 2006 annual review | 0.20<br>$140.00/ hr | $28.00 |
| 4/16/2007 | ECB1 | Process March 2007 bank statements (.1) Reconcile accounts (.1) | 0.20<br>$140.00/ hr | $28.00 |

**Joseph A. Baldi & Associates, P. C.**  2/09/2009

Accurate - Trustee matters    Page   3

| Date | Staff | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 5/15/2007 | ECB1 | Finalize 2006 year end Form 1 and Form 2 per UST followup on annual review (.1) File same and email confirmation to UST (.1) | 0.20<br>$140.00/ hr | $28.00 |
| 5/29/2007 | ECB1 | Process April 2007 bank statements (.1) Reconcile TR bank accounts (.1) | 0.20<br>$140.00/ hr | $28.00 |
| 6/12/2007 | ECB1 | Process May 2007 bank statements (.1) Reconcile TR's bank accounts (.1) | 0.20<br>$160.00/ hr | $32.00 |
| 7/23/2007 | ECB1 | Process June 07 bank statements (.1) Reconcile TR bank accounts (.1) | 0.20<br>$160.00/ hr | $32.00 |
| 8/15/2007 | ECB1 | Process July 07 bank statements (.1) Reconcile TR's accounts (.1) | 0.20<br>$160.00/ hr | $32.00 |
| 9/18/2007 | ECB | Process August 07 bank statements (.1) Reconcile trustee's bank accounts (.1) | 0.20<br>$250.00/ hr | $50.00 |
| 10/03/2007 | ECB1 | Perform 3rd quarter status review for UST and update TR database | 0.20<br>$160.00/ hr | $32.00 |
| 10/11/2007 | ECB1 | Process September 07 bank statements; Reconcile accounts | 0.10<br>$160.00/ hr | $16.00 |
| 11/15/2007 | ECB1 | Process October 2007 bank statements & reconcile accounts | 0.20<br>$160.00/ hr | $32.00 |
| 12/11/2007 | JAB | Confer with DBW re follow up on termination of 401k plan, documents to complete | 0.30<br>$400.00/ hr | $120.00 |
| 1/08/2008 | ECB1 | Process November 07 Bank Statements (.1) Reconcile Accounts (.1) | 0.20<br>$160.00/ hr | $32.00 |
| 1/15/2008 | ECB1 | Process Dec 07 Bank Statements and reconcile accounts | 0.10<br>$160.00/ hr | $16.00 |
| 1/31/2008 | JAB | Prep 2007 Annual Report for UST | 1.00<br>$400.00/ hr | $400.00 |
| 2/14/2008 | JAB | Process Jan 08 bank statements (.1) Reconcile TR bank accounts (.1) | 0.20<br>$400.00/ hr | $80.00 |
| 2/19/2008 | ECB1 | Prep TR Bond Disbursement report (.1) and prepare and transmit payment of annual bond premium to International sureties (.1) | 0.20<br>$160.00/ hr | $32.00 |
| 3/25/2008 | ECB1 | Process Feb 08 bank statements (.1) Reconcile TR's bank accounts (.1) | 0.20<br>$160.00/ hr | $32.00 |
| 4/15/2008 | ECB1 | Process March 08 bank statements (.1) Reconcile TR bank accounts (.1) | 0.20<br>$160.00/ hr | $32.00 |

**Joseph A. Baldi & Associates, P. C.** 2/09/2009

Accurate - Trustee matters

Page 4

| Date | Initials | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 4/21/2008 | ECB1 | Review written report from UST regarding 2007 annual review (.1) and consult with TR re response to same and meeting with UST (.1) | 0.20<br>$160.00/ hr | $32.00 |
| 4/23/2008 | ECB1 | Prepare response to UST comments on Annual Review for 4/29 meeting with R. Sukley | 0.20<br>$160.00/ hr | $32.00 |
| 4/29/2008 | ECB1 | Prepare for and attend meeting with T. Thornton for UST office meeting for annual review | 0.20<br>$160.00/ hr | $32.00 |
| 5/16/2008 | ECB1 | Process April 08 bank statements (.1) Reconcile TR bank accounts (.1) | 0.20<br>$160.00/ hr | $32.00 |
| 7/09/2008 | ECB1 | Process May 08 bank statements (.1) Reconcile TR bank accounts (.1) | 0.20<br>$160.00/ hr | $32.00 |
| 7/16/2008 | ECB1 | Process June 08 bank statements (.1) Reconcile TR accounts to same (.1) | 0.20<br>$160.00/ hr | $32.00 |
| 7/17/2008 | ECB1 | Update TR master check log | 0.10<br>$160.00/ hr | $16.00 |
| 8/13/2008 | ECB1 | Process JY08 Bank Statements and reconcile TR bank accounts | 0.20<br>$160.00/ hr | $32.00 |
| 9/15/2008 | ECB1 | Process August 08 bank statements (.1) Reconcile TR Bank Accounts (.1) | 0.20<br>$160.00/ hr | $32.00 |
| 10/07/2008 | ECB1 | Meet with TR and discuss status of claims review and case closing | 0.20<br>$160.00/ hr | $32.00 |
| 10/22/2008 | ECB1 | Process Sept 08 bank statements and reconcile TR bank accounts | 0.10<br>$160.00/ hr | $16.00 |
| 12/01/2008 | ECB1 | Process Oct 08 bank statements (.1) Reconcile TR bank accounts (.1) | 0.20<br>$160.00/ hr | $32.00 |
| 1/26/2009 | JAB | Review file regarding termination of 401k plan, filing of documents, distribution of accounts (.6). E-mail to Foley to confirm same (.1). Telephone call to Bysys to check on status of accounts (.3). | 1.00<br>$400.00/ hr | $400.00 |
| 1/28/2009 | RKP | Prepare Trustee's Annual Report as required by UST. | 1.00<br>$150.00/ hr | $150.00 |
| 1/29/2009 | ECB1 | Process Dec 08 Bank statements; Reconcile TR accts | 0.10<br>$160.00/ hr | $16.00 |
| 2/04/2009 | RKP | Input final administrative claims (.10): prepare final report (1.0): final distribution report (.40): notice of final hearing (.50); review and edit final report package (.50); compile documents for attachment to final report (.50). | 3.00<br>$150.00/ hr | $450.00 |

**Joseph A. Baldi & Associates, P. C.**  2/09/2009

Page   5

Accurate - Trustee matters

| Date | Initials | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 2/05/2009 | JAB | Review, edit and execute final report package. | 1.00<br>$400.00/ hr | $400.00 |
| 2/09/2009 | ECB1 | Review and revise Final Report, Update TCMS; Prep transmittal of TFR to UST | 0.80<br>$160.00/ hr | $128.00 |

Total Hours   22.40   Total Fees   $4,714.00

**Joseph A. Baldi & Associates, P. C.**  2/09/2009

Accurate - Trustee matters

Page   6

|  |  |
|---|---:|
| Total New Charges | $4,714.00 |
| Previous Balance | $0.00 |
| Balance Due | $4,714.00 |

*Timekeeper Summary*

| Name | Hours | Rate |
|---|---:|---:|
| Elizabeth C Berg | 0.20 | $250.00 |
| Elizabeth (1) C Berg | 7.20 | $140.00 |
| Elizabeth (1) C Berg | 5.10 | $160.00 |
| Joseph A Baldi | 2.40 | $350.00 |
| Joseph A Baldi | 3.50 | $400.00 |
| Ricki K Podorovsky | 4.00 | $150.00 |

Accurate Manufacturing Co.
Case No. 06-03582

Rule 2016 Affidavit

Exhibit B

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re ) | Chapter 7 |
| ) | Case No. 06-03582 |
| Accurate Manufacturing Co., ) | Hon. Jacqueline P. Cox |
| ) | |
| Debtor. ) | |

**Trustee's Affidavit Pursuant to Rule 2016**

State of Illinois )
County of Cook )

I, Joseph A. Baldi, being first duly sworn upon oath, do depose and state as follows:

1. I am the duly appointed, qualified and acting trustee in this case and I have personal knowledge of the facts set forth herein.

2. I have read the Application for Allowance and Payment of Final Compensation of Joseph A. Baldi as trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. I or my agents pursuant to my direction performed the services set forth and described in the Application.

3. I have not previously received payment of any compensation for services rendered as trustee in this case. I have not entered into any agreement with any other person or persons for the sharing of compensation received or to be received for services rendered in connection with this matter, except among the principals and associates of Joseph A. Baldi & Associates, a law firm at which I was employed during the pendency of this case.

4. Further affiant sayeth naught.

_____
Joseph A. Baldi

Subscribed and Sworn to before me
on February __, 2009.

_____
Notary Public

OFFICIAL SEAL
ELIZABETH C BERG
Notary Public - State of Illinois
My Commission Expires Jun 16, 2012

**Exhibit B**