UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Accurate Manufacturing Co., | ) | Case No. 06-03582 JPC |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |

### First and Final Application for Allowance and Payment of
### Compensation of Joseph A. Baldi & Associates, Attorneys for Trustee

Joseph A. Baldi & Associates, P.C. ("Baldi & Associates" or "B&A"), attorneys for Joseph A. Baldi, as trustee ("Trustee") of the estate ("Estate") of Accurate Manufacturing Co., debtor ("Debtor"), pursuant to section 330 of title 11, United States Code ("Code"), request this Court to enter an order 1) for the allowance and payment to Baldi & Associates of $8,603.00 as final compensation for 28.20 hours of legal services rendered to the Trustee from May 24, 2006 through the close of this case. In support thereof, Baldi & Associates respectfully states as follows:

### Introduction

1.    This case was commenced on April 4, 2006 by the filing a voluntary petition for relief under chapter 7 of the Code. Thereafter, an order for relief was entered under Chapter 7 of the Code and Joseph A. Baldi was appointed as the chapter 7 trustee.

2.    Joseph A. Baldi remains the duly appointed, qualified and acting chapter 7 trustee in this case.

3.    As of the commencement of this case, the Estate's primary assets were the Debtor's cash on hand; interest in certain insurance proceeds and stock.

4.    The bar date for filing claims in this case was August 31, 2006.

### Prior Compensation Received

5.    This is the first and final application ("Application") for allowance and payment of compensation that Baldi & Associates will file in this case.

### Retention of Baldi & Associates

6.      On May 24, 2006, the Court entered an order authorizing Trustee to employ Joseph A. Baldi and the law firm of Baldi & Associates as his counsel in this case.   Baldi & Associates has served as counsel for Trustee at all times since its retention.  A copy of the order authorizing Trustee to retain Baldi & Associates is attached hereto as Exhibit A.

7.      The professional qualifications and experience of the Baldi & Associates attorneys and paralegals who have performed substantial legal services for the Trustee during the period covered by this Application is attached hereto as Exhibit B.  The attorneys and paralegals who were primarily responsible for representing the Trustee during the period covered by this fee application are:

> Joseph A. Baldi  -- Partner
> Donna B. Wallace -- Associate
> Elizabeth C. Berg -- Associate/Paralegal[1]

### Services Rendered by Baldi & Associates

8.      Itemized and detailed descriptions of the specific services rendered by Baldi & Associates to the Trustee for which compensation is sought in this Application are reflected on the billing statements attached hereto as Exhibit A.  The billing statements set forth the name of each attorney or paralegal, the amount of time spent rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of services rendered by each attorney or paralegal in each category.

9.      The services rendered by Baldi & Associates during the period covered by this Application have been summarized in four (4) categories below:

---

[1]

Ms. Berg is both a licensed attorney at law and a certified and duly trained paralegal.  She has performed services on behalf of Trustee in this case in both capacities.  As previously disclosed in the Trustee's application to employ Baldi & Associates, Ms. Berg bills for her services as an attorney at the rate of $200/hour and at $140/hour for paralegal services for the period prior to June 1, 2007 (and at the rate of $250.00/hour and at $160/hour for paralegal services for the period after June 1, 2007).  Ms. Berg maintains separate timekeeper numbers in order to distinguish her dual capacities and to bill her services at the appropriate rate.

2

Fee Applications: Baldi & Associates prepared the Trustee's Final Fee Application; prepared the Final Fee Application for the Trustee's Accountants; and prepared this Application.

In connection with the foregoing, Baldi & Associates spent 4.20 hours for which it requests allowance and payment of final compensation in the amount of $700.00.

General Administration:  Baldi & Associates provided Debtor's bank with notice of the commencement of the Debtor's bankruptcy case and the Trustee's right to turnover of the proceeds of the Debtor's bank accounts ("Cash"); issued demand for turnover of the Cash and verified complete collection of same; reviewed and analyzed Debtor's financial records and advised the Trustee as to the potential recovery of fraudulent conveyances; negotiated for a sale of the Debtor's interest in the stock of Flexible Coupling ("Stock") and prepared and presented the Trustee's Motion to Sell Stock; corresponded and communicated with various parties and analyzed issues relative to the termination and distribution of the Debtor's 401(k); and facilitated and verified the complete and proper termination and distribution of the Debtor's 401(k).

In connection with the foregoing, Baldi & Associates spent 19.80 hours for which it requests allowance and payment of final compensation in the amount of $6,745.00.

Retention of Professionals:  Baldi & Associates prepared and presented the Trustee's Motion to Employ Attorneys and Trustee's Motion to Employ Accountants.

In connection with the foregoing, Baldi & Associates spent 2.80 hours for which it requests allowance and payment of final compensation in the amount of $725.00.

Tax Matters: Baldi & Associates collected, compiled, prepared and provided information to Trustee's Accountants as needed for preparation of the Estate's tax returns.

In connection with the foregoing, Baldi & Associates spent 1.40 hours for which it requests allowance and payment of final compensation in the amount of $433.00.

## Compensation Requested

10.     Baldi & Associates has expended a total of 28.20 hours for the services described

3

and categorized in paragraph nine above. The total value of and the amount of compensation requested herein for those services is $8,603.00.

11. All of the services performed by Baldi & Associates were required for proper representation of the Trustee in this case, were authorized by this Court and were performed by Baldi & Associates at the request and direction of the Trustee. Pursuant to Section 330 of the Code and the generally applicable criteria with respect to the nature, extent and value of the services performed, all of Baldi & Associates' services are compensable and the compensation requested herein is fair and reasonable. There has been no duplication of services rendered to the Trustee by Baldi & Associates for which compensation is requested. In those instances where two or more attorneys participated in any matter, such joint participation was necessary due to the complexity of the problems involved.

12. The rates charged by the attorneys and paralegals of Baldi & Associates in this Application are their usual and customary hourly rates charged during the period covered by this Application for work performed for other clients in both bankruptcy and non-bankruptcy matters. A list of each person who performed services for the Trustee and their hourly rate is contained in the billing statements attached hereto as Exhibit C.

### Payment of Compensation

13. Baldi & Associates has not entered into any agreement or understanding of any kind, express or implied, with any other entity to share any compensation received or to be received by Baldi & Associates for services rendered to the Trustee in connection with this case.

14. Baldi & Associates has not previously received or been promised any payments for services rendered in this case.

15. The Affidavit of Joseph A Baldi pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure is attached hereto as Exhibit D and made a part hereof.

16. The proposed source for payment of the compensation requested in this Application

4

are the Estate funds in the Trustee's possession, collected by him during his administration of this case.

## Status of the Case

17.    The Trustee has administered all of the assets belonging to this Estate and completed his review and analysis of the claims filed against the Estate.

18.    Trustee has completed and filed his Final Report simultaneously herewith. Final Fee Applications for the Trustee and the Trustee's Accountants have also been filed concurrently with this Application.

## Financial Condition of the Case

20.    Trustee currently has approximately $41,000.00 on deposit in the Estate's bank accounts. The Chapter 7 administrative expenses that are currently owing and those the Trustee anticipates the Estate will incur prior to the closing of this case include 1) the fees allowed to Trustee in connection with his final fee application, 2) the fees allowed to Popowcer Katten, Ltd. in connection with its final fee application, 3) the legal fees allowed to Joseph A. Baldi & Associates, P.C. in connection with this final fee application, and 4) any fees which may be due or outstanding to the offices of the United States Trustee and the Clerk of the United States Bankruptcy Court.

20.    Following payment of all Chapter 7 administrative expenses set forth above, Trustee estimates there will be insufficient funds available to make a final distribution to general unsecured creditors.

## Trustee's Approval

21.    Baldi & Associates certifies that the Trustee has received, reviewed and approved this Application.

WHEREFORE, Baldi & Associates, attorneys for Joseph A. Baldi, as trustee, requests the entry of an order providing the following:

A.    Allowing to Baldi & Associates final compensation in the amount of $8,603.00 for

5

actual and necessary professional services rendered to the Trustee from May 24, 2006 through the

closing of this case; and

      B.     For such other and further relief as this Court deems appropriate.

Dated: February 11, 2009

Joseph A. Baldi & Associates, P.C.

Attorneys for Joseph A. Baldi, as trustee of the estate
of Accurate Manufacturing Co., debtor

By:_____/s/_____
          Joseph A. Baldi

Joseph A. Baldi/Atty ID 00100145
Elizabeth C. Berg/Atty ID 6200886
19 South LaSalle St.   Suite 1500
Chicago, IL  60603
312.726.8150

6

**Order of Retention**

**Exhibit A**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 06-03582 |
| Accurate Manufacturing Co., | ) | Hon. Jacqueline P. Cox |
| | ) | Hearing Date:  May 24, 2006 |
| Debtor. | ) | Time:  9:30 a.m. |

### Order Authorizing Trustee to Employ Attorneys

THIS CAUSE comes before this Court on the Trustee's Application to Employ Joseph A. Baldi and the law firm of Joseph A. Baldi & Associates, P.C. as attorneys for Trustee and the affidavit of Joseph A. Baldi in support thereof; and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Joseph A. Baldi, as trustee of the estate of Accurate Manufacturing Co., debtor, is authorized to employ Joseph A. Baldi and the law firm of Joseph A. Baldi & Associates, P.C. to act as counsel for the Trustee, with compensation to be paid in such amounts as may be allowed by this Court upon proper application therefor.

Dated:  May 24, 2006

ENTER:

*Jacqueline P. Cox*

Honorable Jacqueline P. Cox
United States Bankruptcy Judge

Joseph A. Baldi
Attorney ID No. 00100145
Elizabeth C. Berg
Attorney ID No. 6200886
Joseph A. Baldi & Associates, P.C.
19 South LaSalle Street   Suite 1500
Chicago, IL  60603
(312) 726-8150

Accurate Manufacturing Co.
Case No. 06-03582

**Professional Qualifications**

**Exhibit B**

**Baldi & Associates**

<u>Joseph A. Baldi</u>

Joseph A. Baldi is the principal shareholder of Baldi & Associates. Prior to establishing his own law firm, Mr. Baldi was a partner in the Chicago law firms of Schwartz & Freeman and Rosenthal and Schanfield, P.C., where he was the Practice Group Chair of the Bankruptcy, Reorganization and Creditors' Rights Practice Group. Mr. Baldi has broad experience in insolvency matters, including bankruptcies, workouts, receiverships and assignments for the benefit of creditors.

Mr. Baldi's extensive experience in the field of bankruptcy includes the representation of creditors, debtors, bankruptcy trustees and creditor committees. Mr. Baldi has represented a variety of lenders, including banks, life insurance companies and other secured creditors in bankruptcy courts throughout the country. Mr. Baldi has represented debtors and bankruptcy trustees in both chapter 7 and chapter 11 cases involving real estate partnerships, restaurants, software vendors, trucking companies, construction firms and gas production facilities.

Mr. Baldi has been a member of the panel of private trustees appointed by the United States Trustee's Office for the Northern District of Illinois since 1988. He has operated numerous businesses as a chapter 11 trustee, including an aluminum manufacturing facility, a steel mini-mill, a retirement home and an industrial real estate partnership. Mr. Baldi has also liquidated a broad range of business entities as a chapter 7 trustee, including law firms, distributorships, retail firms and construction companies.

In addition to his experience in private practice, Mr. Baldi spent five years employed by the United States Trustee's Office in Chicago, Illinois where he supervised some of the largest Chapter 11 cases pending in the Northern District of Illinois. While at the U.S. Trustee's office, Mr. Baldi was responsible for the U.S. Trustee's program which monitors chapter 7 panel trustees.

Mr. Baldi is admitted to practice before the Supreme Court of Illinois, the United States District Courts for the Northern District of Illinois, the Eastern District of Wisconsin, the Northern District of Indiana and the Eastern District of Michigan and the Seventh Circuit Court of Appeals. Mr. Baldi is a member of the Bankruptcy and Reorganizations Committee of the Chicago Bar Association and American Bar Associations, the American Bankruptcy Institute and the National Association of Bankruptcy Trustees. Mr. Baldi has also actively participated in the Mediation and Local Rules subcommittees of the Chicago Bar Association's Bankruptcy and Reorganizations Committee. In addition to his legal pursuits, Mr. Baldi is active in municipal affairs in his hometown of Park Ridge, Illinois as a member of his local elementary school board and a Park Ridge alderman.

Mr. Baldi received his Juris Doctor, *cum laude,* from DePaul University, Chicago, Illinois and received his Bachelor of Arts degree from Western Illinois University in Psychology.

## Baldi & Associates

Donna B. Wallace

Donna B. Wallace is an Associate of the firm whose expertise is in representing debtors, creditors and trustees in chapter 7, 11 and 13 proceedings. Prior to attaining her law degree. Mrs. Wallace spent fourteen years in Accounting and Finance with Rockwell International. In her last position with Rockwell, Mrs. Wallace was a Business Segment Controller where she supervised a joint venture with a Japanese Company. After graduating from law school. Mrs. Wallace joined the Bankruptcy Group at Rosenthal and Schanfield; she later joined the firm of Rathje Woodward Dyer and Burt in Wheaton, Illinois where she concentrated in bankruptcy and commercial litigation.

Mrs. Wallace is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a certified mediator and arbitrator.

Mrs. Wallace received her Juris Doctor. *with highest distinction.* from The John Marshall Law School in Chicago. At John Marshall. she received the Wall Street Journal Business Planning Award. was a member of the Law Review which published her comment on the topic of lenders liability and was elected to the Order of John Marshall. Mrs. Wallace received an undergraduate degree in Economics and a Masters Degree in Business Administration.

Mrs. Wallace has served as a part-time member of the accounting and law faculties at various colleges including College of DuPage. MacCormac College. and Roosevelt University and was Associate Professor of Paralegal Studies at Northwestern Business College prior to joining the firm.

**Billing Statements**

**Exhibit C**

## Joseph A. Baldi & Associates, P. C.
### 19 S. LaSalle Street
### Suite 1500
### Chicago, IL 60603

**Phone:** (312) 726-8150
**Fax:** (312) 726-5067

FEIN: 36-4352753

*Invoice submitted to:*

February 5, 2009
Invoice No:   1173

Joseph A. Baldi, trustee
Joseph A. Baldi
19 South LaSalle Street
Suite 1500
Chicago, IL 60603

## Consolidated Summary

| | Hours | Fees | Expenses | Total Charges | Payments | Previous Balance | Balance Due |
|---|---|---|---|---|---|---|---|
| **Accurate - General Admininstration** | | | | | | | |
| | 19.80 | $6,745.00 | $0.00 | $6,745.00 | $0.00 | $0.00 | $6,745.00 |
| **Accurate - Fee applications** | | | | | | | |
| | 4.20 | $700.00 | $0.00 | $700.00 | $0.00 | $0.00 | $700.00 |
| **Accurate - Retention of Professionals** | | | | | | | |
| | 2.80 | $725.00 | $0.00 | $725.00 | $0.00 | $0.00 | $725.00 |
| **Accurate - Tax Matters** | | | | | | | |
| | 1.40 | $433.00 | $0.00 | $433.00 | $0.00 | $0.00 | $433.00 |
| Balance Due | 29.20 | $8,603.00 | $0.00 | | | | $8,603.00 |

## Joseph A. Baldi & Associates, P. C.

2/05/2009

Accurate - General Admininstration

Page    2

**In Reference to:**    *Accurate - General Admininstration*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 4/22/2006 | JAB | Prepare demand letter to Charter One to turn over bank account. | 0.50<br>$350.00/ hr | $175.00 |
| 5/16/2006 | ECB1 | Review schedules and file (.2) Telephone call to Charter One Bank to follow up on turnover of corporate bank account (.1) | 0.30<br>$140.00/ hr | $42.00 |
| 5/18/2006 | ECB1 | Teleconference with Shamsa Kaleel, Assistant Manager at Charter One Bank, regarding demand for turnover of bank accounts (.2) prep fax transmittal of BK Notice, Trustee appointment and account info to same (.2) | 0.40<br>$140.00/ hr | $56.00 |
| 5/25/2006 | JAB | Telephone call from Union regarding final audit (.10). Telephone call to Auditor for union obligations regarding information on audit needed (.30). | 0.40<br>$350.00/ hr | $140.00 |
| 6/13/2006 | ECB1 | Telephone call to Charter One Bank to follow up on demand to turnover debtor's bank account | 0.20<br>$140.00/ hr | $28.00 |
| 6/22/2006 | ECB | Teleconference with Charter One Bank to follow up on turnover of bank account | 0.20<br>$200.00/ hr | $40.00 |
| 6/27/2006 | ECB1 | Telephone calls to Citizens Bank business customer service and Charter One legal department to follow up on turnover request (.2) Correspondence to Charter Bank Legal Department re turnover and inability to obtain same from branch bank (.2) Memo to trustee re status (.1) | 0.50<br>$140.00/ hr | $70.00 |
| 8/04/2006 | JAB | Review file regarding offer to purchase stock (.2). Telephone call to Johnson re same (.2). | 0.40<br>$350.00/ hr | $140.00 |
| 10/17/2006 | JAB | Review and respond to letter from pension fund on balance due. (.4)  Review file re pre-petition transfers, documents re same. (.4) | 0.80<br>$350.00/ hr | $280.00 |
| 10/20/2006 | JAB | Review file regarding payments to insiders, review insider claims. (.7) Teleconference with debtor's attorney and accountant regarding tax returns, sale of subsidiary, follow up on same and pension plan. (.7) Teleconference with attorney for pension trust regarding termination of Debtor interest, multi-employer plan with independent trustees and no obligation for estate. (.4) Review claims asserted against estate. (1.0) | 4.00<br>$350.00/ hr | $1,400.00 |

# Joseph A. Baldi & Associates, P. C.

2/05/2009

Accurate - General Admininstration

Page   3

| | | | | |
|---|---|---|---|---|
| | | Telephone call to Johnson regarding additional information needed from debtor. (.4)  Review bank statements and check ledger regarding possible avoidable transfers. (.8) | | |
| 10/26/2006 | JAB | Prepare motion to sell stock in Flexible Coupling (1.0): notice (.10) and order (.20) regarding same. | 1.30<br>$350.00/ hr | $455.00 |
| 10/26/2006 | JAB | Review e-mail from debtor's counsel re bank statements. | 0.30<br>$400.00/ hr | $120.00 |
| 11/07/2006 | JAB | Review subpoena received (.20), telephone call to Record Copy Service re same (.30).  Forward subpoena to debtor's attorney for follow up (.10). | 0.60<br>$350.00/ hr | $210.00 |
| 11/08/2006 | JAB | Prepare for and attend hearing on Accurate - Motion to Sell stock | 0.30<br>$350.00/ hr | $105.00 |
| 1/04/2007 | JAB | Telephone call from former employee re 401K termination and distribution (.3).  Telephone call to Johnson re same. (.6)  Telephone call to Campenalla re plan and options to terminate (.4) | 1.00<br>$350.00/ hr | $350.00 |
| 2/15/2007 | ECB1 | Calculate and docket deadline for filing avoidance actions | 0.10<br>$140.00/ hr | $14.00 |
| 9/06/2007 | JAB | Review file (.4). follow up with attorney (.3) and TPA (.3) re termination of plan. | 1.00<br>$400.00/ hr | $400.00 |
| 9/18/2007 | JAB | Teleconference with R Foley re 401k plan termination. | 0.50<br>$400.00/ hr | $200.00 |
| 9/21/2007 | JAB | Teleconference with creditor regarding 401k termination. | 0.30<br>$400.00/ hr | $120.00 |
| 10/02/2007 | JAB | Review e-mails from debtor's attorney re pre-petition transfers. 401k plan. | 0.30<br>$400.00/ hr | $120.00 |
| 12/10/2007 | JAB | Confer with DBW on follow up for 401K termination. | 0.20<br>$400.00/ hr | $80.00 |
| 12/11/2007 | DBW | Conference with Trustee re termination of 401 K & preference review (.3), begin review of documents related to termination of 401K (.3) | 0.60<br>$300.00/ hr | $180.00 |
| 12/14/2007 | DBW | Research documents and instructions re termination of 401 K | 1.60<br>$300.00/ hr | $480.00 |
| 12/19/2007 | DBW | Research US DOL bulletin on terminating 401 K plan | 0.60<br>$300.00/ hr | $180.00 |
| 1/17/2008 | JAB | Review and respond to e-mail regarding termination of 401K (.20).  Telephone call from Bysis re same (.20). | 0.40<br>$400.00/ hr | $160.00 |

# Joseph A. Baldi & Associates, P. C.

2/05/2009

Accurate - General Admininstration

Page    4

| Date | | | Description | Hours | Amount |
|------|---|---|---|---|---|
| 4/25/2008 | JAB | | Review preference issues. | 0.50<br>$400.00/ hr | $200.00 |
| 5/13/2008 | JAB | | Teleconference from creditor regarding payment of claims (.40). Review file. review claims. compare to schedules for allowance purposes (.80). Review IAM claims re priority. allowance. provision of services (.80). Telephone call to C Johnson re debtor input on claims (.50). | 2.50<br>$400.00/ hr | $1.000.00 |

| | | | |
|---|---|---|---|
| Total Hours | 19.80 | Total Fees | $6.745.00 |

# Joseph A. Baldi & Associates, P. C.

2/05/2009

Accurate - General Admininstration

Page   5

Total New Charges

$6,745.00

Previous Balance

$0.00

Balance Due

$6,745.00

## Timekeeper Summary

| Name | Hours | Rate |
|------|-------|------|
| Donna B Wallace | 2.80 | $300.00 |
| Elizabeth C Berg | 0.20 | $200.00 |
| Elizabeth (1) C Berg | 1.50 | $140.00 |
| Joseph A Baldi | 9.30 | $350.00 |
| Joseph A Baldi | 6.00 | $400.00 |

**Joseph A. Baldi & Associates, P. C.**

2/05/2009

Page    6

Accurate - Fee applications

**In Reference to:**    *Accurate - Fee applications*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 1/28/2009 | ECB | Review and edit B&A final fee application (.4); review and edit Trustee fee application (.3). | 0.70 $250.00/ hr | $175.00 |
| 1/29/2009 | RKP | Draft Popower fee application, coversheet, affidavit and order (.8); draft Trustee fee application (1.3); order (.1); coversheet (.1); affidavit (.1); draft B&A fee application (2.0); order, coversheet and affidavit (.3); review and edit same (.8). | 3.50 $150.00/ hr | $525.00 |
| | | Total Hours | 4.20    Total Fees | $700.00 |

# Joseph A. Baldi & Associates, P. C.

2/05/2009

Page    7

Accurate - Fee applications

| | |
|---|---|
| Total New Charges | $700.00 |
| Previous Balance | $0.00 |
| Balance Due | $700.00 |

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 0.70 | $250.00 |
| Ricki K Podorovsky | 3.50 | $150.00 |

# Joseph A. Baldi & Associates, P. C.

2/05/2009

Page    8

Accurate - Retention of Professionals

**In Reference to:**     *Accurate - Retention of Professionals*

## Professional Services

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 5/16/2006 | ECB1 | Prepare Motion and order to Retain Attorneys | 1.00<br>$140.00/ hr | $140.00 |
| 5/24/2006 | ECB | Attend hearing on motion to employ attorneys | 0.30<br>$200.00/ hr | $60.00 |
| 10/25/2006 | JAB | Prepare motion to retain accountants (1.0).  Prepare affidavit (.1) and order (.1) re same | 1.20<br>$350.00/ hr | $420.00 |
| 11/08/2006 | JAB | Prepare for and attend hearing on Accurate - Motion to Retain Accountants | 0.30<br>$350.00/ hr | $105.00 |

|  |  | Total Hours | 2.80 | Total Fees | $725.00 |
|--|--|-------------|------|-----------|---------|

## Joseph A. Baldi & Associates, P. C.

2/05/2009

Accurate - Retention of Professionals

Page   9

| | |
|---|---|
| Total New Charges | $725.00 |
| Previous Balance | $0.00 |
| Balance Due | $725.00 |

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 0.30 | $200.00 |
| Elizabeth (1) C Berg | 1.00 | $140.00 |
| Joseph A Baldi | 1.50 | $350.00 |

## Joseph A. Baldi & Associates, P. C.

2/05/2009

Accurate - Tax Matters

Page   10

**In Reference to:**   *Accurate - Tax Matters*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 5/09/2006 | JAB | Telephone call to accountant on status of returns, extension, work to be done. | 0.40<br>$350.00/ hr | $140.00 |
| 10/23/2006 | JAB | Teleconference with Lois West regarding retention as accountant, tax returns due. | 0.40<br>$350.00/ hr | $140.00 |
| 10/24/2006 | JAB | Review tax information received from Egan (.20), forward to L. West (.10). | 0.30<br>$350.00/ hr | $105.00 |
| 6/24/2008 | ECB1 | Prepare Form 1 and Form 2 for accountants for prep of tax returns and email to Lois West re same (.2) Calculate estimated administrative claims for estate and e-mail same to acct. (.1) | 0.30<br>$160.00/ hr | $48.00 |

| | Total Hours | 1.40 | Total Fees | $433.00 |
|--|-------------|------|------------|---------|

# Joseph A. Baldi & Associates, P. C.

2/05/2009

Page    11

Accurate - Tax Matters

|  |  |
|---|---:|
| Total New Charges | $433.00 |
| Previous Balance | $0.00 |
| Balance Due | $433.00 |

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Elizabeth (1) C Berg | 0.30 | $160.00 |
| Joseph A Baldi | 1.10 | $350.00 |

Accurate Manufacturing Co.
Case No. 06-03582

**Rule 2016 Affidavit**

**Exhibit D**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| ACCURATE MANUFACTURING CO. | ) | Case No. 06-03582 JPC |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |

### Rule 2016 Affidavit

State of Illinois        )
County of Cook        )

I, Joseph A. Baldi, being first duly sworn upon oath, do depose and state as follows:

1.     I am the principal of Joseph A. Baldi & Associates and am authorized to execute this affidavit on behalf of Joseph A. Baldi & Associates.

2.     I have read the First and Final Application for Allowance and Payment of Compensation of Joseph A. Baldi & Associates, Attorneys for Trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Joseph A. Baldi & Associates has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3.     A copy of the Application has been provided to Trustee and the Trustee has reviewed and approved the Application.

4.     Joseph A. Baldi & Associates has not previously received payment of any compensation for services rendered in connection with this case. Joseph A. Baldi & Associates has not entered into any agreement with any other person or persons for the sharing of compensation received or to be received for services rendered in connection with this matter, except among the principals and associates of Joseph A. Baldi & Associates.

5.     Further affiant sayeth naught.

_____
Joseph A. Baldi

Subscribed and Sworn to before me
this ___ day of February 2009

_____
Notary Public

OFFICIAL SEAL
ELIZABETH C. BERG
Notary Public - State of Illinois
My Commission Expires Jun 16, 2012

### Exhibit D