UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | | |
| ACCURATE MANUFACTURING CO. ) | Case No. 06-03582-JPC | |
| ) | | |
| Debtor. ) | Hon. Jacqueline P. Cox | |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment of Property by the Trustee**

To the Debtor, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:     U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 619, Chicago, Illinois

    On: **March 31, 2009**            Time: **9:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                                                      $41,301.80

    Disbursements                                                           $73.09

    Net Cash Available for Distribution                         $41,228.71

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE *Trustee Compensation* | $0.00 | $4,880.18 | $0.00 |
| JOSEPH A. BALDI & ASSOCIATES, P.C. *Attorney for Trustee* | $0.00 | $8,603.00 | $0.00 |
| POPOWCER KATTEN, LTD *Accountant for Trustee* | $0.00 | $5,185.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: NONE

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $<u>50,368.31</u> must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 44.79%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000008 | Daniel J Orseske | $3,290.97 | $1,474.06 |
| 000010B | National IAM Benefit Trust Fund | $42,710.97 | $19,130.72 |
| 000011B | I.A.M. National Pension Fund | $4,366.37 | $1,955.75 |

7. Claims of general unsecured creditors totaling $1,320,847.01 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | St. Paul Travelers (Vol) | $4,794.42 | $0.00 |
| 000002 | TMA | $1,457.00 | $0.00 |
| 000003 | Crucible Materials Corp | $29,564.65 | $0.00 |
| 000004 | Tool Steel Service, Inc | $11,937.79 | $0.00 |
| 000005 | Daly, Patrick F. | $14,991.25 | $0.00 |
| 000006 | Robert L Foley | $702,324.13 | $0.00 |
| 000007 | Accureal Partnership | $476,100.62 | $0.00 |
| 000009 | Crucible Materials Corp | $29,564.65 | $0.00 |
| 000010A | National IAM Benefit Trust Fund | $48,162.18 | $0.00 |
| 000011A | I.A.M. National Pension Fund | $1,950.32 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has not been discharged.

11. The Trustee proposes to abandon the following property at the hearing: NONE

Dated: **March 2, 2009**                    For the Court,

                                By:   **KENNETH S. GARDNER**
                                      Kenneth S. Gardner
                                      Clerk of the U.S. Bankruptcy Court
                                      219 S. Dearborn, 7th Floor
                                      Chicago, Illinois 60604

Trustee:   Joseph A. Baldi
Address:   19 South Lasalle St., Suite 1500
           Chicago, IL  60603
Phone No.: (312) 726-8150

# CERTIFICATE OF NOTICE

```
District/off: 0752-1            User: amcc7                 Page 1 of 1                Date Rcvd: Mar 02, 2009
Case: 06-03582                  Form ID: pdf002             Total Served: 31
```

The following entities were served by first class mail on Mar 04, 2009.
```
db          +Accurate Manufacturing Co.,    15941 S Harlem Ave #382,    Tinley Park, IL 60477-1609
10677122    +Accurate Document Destruction,    2500 Landmeier Road,    Elk Grove Village, IL 60007-2627
10867206     Accureal Partnership,    Robert L Foley Gen Partner,    POB 584,    Saint German, WI 54558-0584
10677123    +Advanced Telecommunications,    1811 Centre Point Circle,    Suite 111,    Naperville, IL 60563-2604
10677124    +Alro Steel Corp.,    Attn: Carl Spaeth,    P.O. Box 927,    Jackson, MI 49204-0927
10677125    +American Appraisal Associates,    Bin 391,    Milwaukee, WI 53288-0001
10677126     Automated Services, Inc,    4821 W. 153rd Street,    Orland Park, IL 60462
10677127     Baumbich, James,    689 Lake Cook Road,    Glen Ellyn, IL 60137
10677128    +BlueStar Energy Services,    363 W. Erie Street,    Suite 700,    Chicago, IL 60654-6903
10677129    +Calumet Surface Hardening,    6805 McCook Ave,    Hammond, IN 46323-1597
10677130    +Crucible Materials Corp,    Commercial Collection Corp,    PO Box 288,    Tonawanda, NY 14151-0288
10677131    +Daly, Patrick F.,    14535 John Humphrey Drive,Suite 101,    c/o James Dunneback,
              Orland Park, IL 60462-6212
10870612    +Daniel J Orseske,    5641 So Natoma Ave,    Chicago, IL 60638-3326
10677132    +Flexible Coupling,    15941 S. Harlem Ave, #111,    Tinley Park, IL 60477-1609
10677133    +Globalcom,    4070 Paysphere Circle,    Chicago, IL 60674-0040
10677134    +Hynes & Johnson,    30 North LaSalle Street,    Suite 4100,    Chicago, IL 60602-2507
11071766    +I.A.M. National Pension Fund,    c/o Joseph P Martocci Jr,    1300 Conn Ave NW Suite 300,
              Washington, DC 20036-1711
10677135    +National I.A.M. Benefit Fund,    1300 Connecticut Ave. N.W.,    Suite 300,
              Washington, DC 20036-1707
10677136    +National I.A.M. Pension Fund,    1300 Connecticut Ave. N.W.,    Washington, DC 20036-1711
11071760    +National IAM Benefit Trust Fund,    c/o Joseph Martocci,    1300 Conn Ave NW Suite 300,
              Washington, DC 20036-1707
10677138     Pitney Bowes,    PO Box 856460,    Louisville, KY 40285-6460
10677139     Pitney Bowes Credit Corp.,    PO Box 856460,    Louisville, KY 40285-6460
10867201     Robert L Foley,    POB 584,    Saint German, WI 54558-0584
10677140    +SBC,    Bill Payment Center,    Saginaw, MI 48663-0001
10677141    +Sprint,    PO Box 6291,    Carol Stream, IL 60197-6291
10677142     St. Paul Travelers,    CL & Specialty Remittance Center,    Hartford, CT 06183-1008
10737884    +St. Paul Travelers (Vol),    c/o RMS Bankruptcy Recovery Services,    P.O. Box 5126,
              Timonium, Maryland 21094-5126,    Telephone Number: (410) 773-4085
10677143    +TMA,    1177 S. Dee Road,    Park Ridge, IL 60068-4379
10677144    +Tool Steel Service, Inc,    7333 S. 76th Ave.,    Bridgeview, IL 60455-1107
10677145     Wapakoneta Machine Company,    PO Box 429,    Wapakoneta, OH 45895-0429
```

The following entities were served by electronic transmission on Mar 03, 2009.
```
10677137      E-mail/Text: bankrup@nicor.com                             Nicor Gas,    PO Box 310,
               Aurora, IL 60507-0310
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 04, 2009**                    **Signature:** _Joseph Speetjens_