UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | Case No. 06-03582 JPC |
| ACCURATE MANUFACTURING CO. | § | |
| | § | |
| Debtor(s) | § | |
| | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                              Assets Exempt:

Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:

Total Expenses of Administration:

---

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/Joseph A. Baldi, Trustee_____
                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| JOSEPH A. BALDI & ASSOCIATES, P.C. | | | | | |
| POPOWCER KATTEN, LTD | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL J ORSESKE | | | | | |
| I.A.M. NATIONAL PENSION FUND | | | | | |
| NATIONAL IAM BENEFIT TRUST FUND | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Accurate Document Destruction | | | | | |
| Advance Telecommunications | | | | | |
| Alro Steel Corp | | | | | |
| American Appraisal Assoc. | | | | | |
| Automated Services Inc. | | | | | |
| Baumbich, James | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BlueStar Energy Service | | | | | |
| Calumet Surface Hardening | | | | | |
| Flexible Coupling | | | | | |
| Globalcom | | | | | |
| Hynes & Johnson | | | | | |
| Nicor Gas | | | | | |
| Pitney Bowes | | | | | |
| SBC | | | | | |
| Sprint | | | | | |
| Wapakoneta Machine Co. | | | | | |
| ACCUREAL PARTNERSHIP | | | | | |
| CRUCIBLE MATERIALS CORP | | | | | |
| CRUCIBLE MATERIALS CORP | | | | | |
| DALY, PATRICK F. | | | | | |
| ROBERT L FOLEY | | | | | |
| ST. PAUL TRAVELERS (VOL) | | | | | |
| TMA | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOOL STEEL SERVICE, INC | | | | | |
| I.A.M. NATIONAL PENSION FUND | | | | | |
| NATIONAL IAM BENEFIT TRUST FUND | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 06-03582 | JPC | Judge: Jacqueline P. Cox | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|---|
| Case Name: | ACCURATE MANUFACTURING CO. | | | Date Filed (f) or Converted (c): | 04/04/06 (f) |
| | | | | 341(a) Meeting Date: | 05/23/06 |
| For Period Ending: | 06/22/09 | | | Claims Bar Date: | 08/31/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking, Savings Accounts | 10,585.15 | 10,085.15 | | 10,085.15 | FA |
| General Checking Account #8400028532 at Charter One Bank, 8811 W. 159th Street, Orland Hills, IL 60477 | | | | | |
| 2. Stock & Interests in Businesses | 0.00 | 0.00 | | 1,000.00 | FA |
| 100% of the shares of stock of Flexible Coupling Corporation - offer received to purchase for $1,000 from Mr. Foley. | | | | | |
| 3. Accounts Receivable | 1,389.20 | Unknown | | 0.00 | FA |
| Pride Machinery Sales - no recoverable value | | | | | |
| 4. Accounts Receivable | 1,577.75 | 0.00 | | 0.00 | FA |
| C.F. Woodbury - no recoverable value | | | | | |
| 5. Other Personal Property | 29,231.40 | 29,231.40 | | 29,231.40 | FA |
| Cash value of proceeds of Washington National insurance policy | | | | | |
| 6. Post-Petition Interest Deposits (u) | Unknown | N/A | | 701.33 | Unknown |
| 7. Hirsch Industries ch. 11 BK claim (u) | 0.00 | Unknown | | 237.00 | Unknown |
| 8. AT&T Refund (u) | 0.00 | 48.37 | | 48.37 | 0.00 |
| Replacement check rec'd from AT&T for prepetition stale/dormant check for refund | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)         $42,783.50         $39,364.92         $41,303.25         $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee recoverd $10,000 bank account and $29,000 in insurance proceeds. Bar date set. Collection of accounts receivable doubtful, amounts not

sufficient to sell or sue on. Reviewed records for avoidable transfers and collections-no recoverable transfers. Resolved 401k distribution to

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | |
|---|---|
| Case No: 06-03582 JPC Judge: Jacqueline P. Cox | Trustee Name: Joseph A. Baldi, Trustee |
| Case Name: ACCURATE MANUFACTURING CO. | Date Filed (f) or Converted (c): 04/04/06 (f) |
| | 341(a) Meeting Date: 05/23/06 |
| | Claims Bar Date: 08/31/06 |

participants

Initial Projected Date of Final Report (TFR): 09/01/08      Current Projected Date of Final Report (TFR): 06/01/09

FORM 2                                                                                                                                Page: 1
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD                                                                                        Exhibit 9

| Case No: | 06-03582 -JPC | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | ACCURATE MANUFACTURING CO. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******0436  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8661 | | | |
| For Period Ending: | 06/22/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| | | | | Uniform | | Account / CD |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/17/06 | 5 | WASHINGTON NATIONAL INSURANCE CO 11815 N. PENNSYLVANIA STREET CARMEL, IN 46032 | Cash Value on insurance policy Cash value of insurance policy turned over by Debtor. | 1129-000 | 29,231.40 | | 29,231.40 |
| 04/28/06 | 6 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 10.41 | | 29,241.81 |
| 05/31/06 | 6 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 24.84 | | 29,266.65 |
| 06/30/06 | 6 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 24.05 | | 29,290.70 |
| 07/18/06 | 1 | CHARTER ONE JP MORGAN CHASE BANK, N.A. DENVER, CO | DEBTOR'S BANK ACCOUNT | 1129-000 | 10,085.15 | | 39,375.85 |
| 07/27/06 | 7 | HIRSCH INDUSTRIES, INC. 11229 AURORA AVE. URBANDALE, IA 50322 | Ch.11 Distribution onf D's claim | 1290-000 | 218.00 | | 39,593.85 |
| 07/31/06 | 6 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 27.07 | | 39,620.92 |
| 08/31/06 | 6 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 33.64 | | 39,654.56 |
| 09/29/06 | 6 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 32.59 | | 39,687.15 |
| 10/30/06 | 7 | HIRSCH INDUSTRIES, INC. 11229 AURORA AVE. URBANDALE, IA 50322 | Ch. 11 claim distribution | 1290-000 | 19.00 | | 39,706.15 |
| 10/31/06 | 6 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 33.71 | | 39,739.86 |
| 11/21/06 | 2 | JOHNSON & NEWBY Client Trust Fund 39 S. LaSalle Street Suite 820 Chicago, IL 60603 | Sale of Flexible Coupling stock | 1129-000 | 1,000.00 | | 40,739.86 |
| 11/30/06 | 6 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 32.77 | | 40,772.63 |
| 12/29/06 | 6 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 34.62 | | 40,807.25 |
| 01/18/07 | 8 | AT&T Chicago IL | Replacement for prepetion refund | 1229-000 | 48.37 | | 40,855.62 |
| 01/31/07 | 6 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 34.68 | | 40,890.30 |
| 02/20/07 | | Transfer to Acct #*******0863 | Bank Funds Transfer | 9999-000 | | 34.15 | 40,856.15 |

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-03582 -JPC | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | ACCURATE MANUFACTURING CO. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******0436 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8661 | | | |
| For Period Ending: | 06/22/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/28/07 | 6 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 31.36 | | 40,887.51 |
| 03/30/07 | 6 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 34.73 | | 40,922.24 |
| 04/30/07 | 6 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 33.63 | | 40,955.87 |
| 05/31/07 | 6 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 34.78 | | 40,990.65 |
| 06/29/07 | 6 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 33.69 | | 41,024.34 |
| 07/31/07 | 6 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 34.85 | | 41,059.19 |
| 08/31/07 | 6 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 34.87 | | 41,094.06 |
| 09/28/07 | 6 | Bank of America, N.A. | Interest Rate 0.750 | 1270-000 | 26.17 | | 41,120.23 |
| 10/31/07 | 6 | Bank of America, N.A. | Interest Rate 0.750 | 1270-000 | 26.20 | | 41,146.43 |
| 11/30/07 | 6 | Bank of America, N.A. | Interest Rate 0.650 | 1270-000 | 21.98 | | 41,168.41 |
| 12/31/07 | 6 | Bank of America, N.A. | Interest Rate 0.500 | 1270-000 | 19.68 | | 41,188.09 |
| 01/31/08 | 6 | Bank of America, N.A. | Interest Rate 0.400 | 1270-000 | 16.32 | | 41,204.41 |
| 02/19/08 | | Transfer to Acct #*******0863 | Bank Funds Transfer | 9999-000 | | 38.94 | 41,165.47 |
| 02/29/08 | 6 | Bank of America, N.A. | Interest Rate 0.300 | 1270-000 | 9.79 | | 41,175.26 |
| 03/31/08 | 6 | Bank of America, N.A. | Interest Rate 0.250 | 1270-000 | 9.73 | | 41,184.99 |
| 04/30/08 | 6 | Bank of America, N.A. | Interest Rate 0.250 | 1270-000 | 8.44 | | 41,193.43 |
| 05/30/08 | 6 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 5.22 | | 41,198.65 |
| 06/30/08 | 6 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 5.07 | | 41,203.72 |
| 07/31/08 | 6 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 5.23 | | 41,208.95 |
| 08/29/08 | 6 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 5.23 | | 41,214.18 |
| 09/30/08 | 6 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 5.08 | | 41,219.26 |
| 10/31/08 | 6 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 4.00 | | 41,223.26 |
| 11/28/08 | 6 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 3.37 | | 41,226.63 |
| 12/31/08 | 6 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 2.08 | | 41,228.71 |
| 01/30/09 | 6 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.35 | | 41,229.06 |
| 02/27/09 | 6 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.32 | | 41,229.38 |
| 03/31/09 | 6 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.35 | | 41,229.73 |
| 04/17/09 | 6 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.43 | | 41,230.16 |
| 04/17/09 | | Transfer to Acct #*******0863 | Final Posting Transfer | 9999-000 | | 41,230.16 | 0.00 |
| | | | Transfer funds for final distribution. ecb April 17, 2009, 05:16 pm | | | | |

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 06-03582 -JPC | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | ACCURATE MANUFACTURING CO. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******0436  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8661 | | |
| For Period Ending: | 06/22/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

```
Account *******0436         Balance Forward           0.00
                       6    Deposits             40,601.92      0    Checks                    0.00
                      37    Interest Postings       701.33      0    Adjustments Out           0.00
                                                                3    Transfers Out        41,303.25
                            Subtotal        $    41,303.25
                                                                     Total           $    41,303.25
                       0    Adjustments In           0.00
                       0    Transfers In             0.00

                            Total           $    41,303.25
```

Page: 4

FORM 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 06-03582 -JPC | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | ACCURATE MANUFACTURING CO. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******0863 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8661 | | |
| For Period Ending: | 06/22/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/20/07 | | Transfer from Acct #*******0436 | Bank Funds Transfer | 9999-000 | 34.15 | | 34.15 |
| 02/20/07 | 001001 | International Sureties, Ltd.<br>Suite 500<br>203 Carondelet Street<br>New Orleans LA 70130 | | 2300-000 | | 34.15 | 0.00 |
| 02/19/08 | | Transfer from Acct #*******0436 | Bank Funds Transfer | 9999-000 | 38.94 | | 38.94 |
| 02/19/08 | 001002 | International Sureties<br>701 Pydras Street #420<br>New Orleans, LA 70139 | Bond Premium Payment<br>2008 Annual premium payment | 2300-000 | | 38.94 | 0.00 |
| 04/17/09 | | Transfer from Acct #*******0436 | Transfer In From MMA Account<br>Transfer funds for final distribution. ecb April 17, 2009, 05:16 pm | 9999-000 | 41,230.16 | | 41,230.16 |
| 04/21/09 | 001003 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois 60603 | Trustee's Final Compensation<br>Per Court Order dtd 3/31/09 | 2100-000 | | 4,880.18 | 36,349.98 |
| 04/21/09 | 001004 | JOSEPH A. BALDI & ASSOCIATES, P.C.<br>19 South LaSalle Street<br>Suite 1500<br>Chicago, IL 60603 | TR Attorney Final Compensation<br>Per Court Order dtd 3/31/09 | 3110-000 | | 8,603.00 | 27,746.98 |
| 04/21/09 | 001005 | Popowcer Katten, Ltd<br>35 E. Wacker Drive<br>Suite 1550<br>Chicago, Il 60601-2207 | Trustee Accountant Fees<br>Per Court Order dtd 3/31/09 | 3310-000 | | 5,185.00 | 22,561.98 |
| 04/21/09 | 001006 | Daniel J Orseske<br>5641 So Natoma Ave<br>Chicago, IL 60638 | Claim 000008, Payment 44.79% | 5400-000 | | 1,474.16 | 21,087.82 |
| 04/21/09 | 001007 | National IAM Benefit Trust Fund<br>c/o Joseph Martocci<br>1300 Conn Ave NW Suite 300 | Claim 000010B, Payment 44.79% | 5400-000 | | 19,131.95 | 1,955.87 |

LFORM2T4 UST Form 101-7-TDR (4/1/2009) *(Page: 13)*

Ver: 14.31a

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 06-03582 -JPC | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | ACCURATE MANUFACTURING CO. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******0863 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8661 | | | |
| For Period Ending: | 06/22/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/21/09 | 001008 | I.A.M. National Pension Fund<br>c/o Joseph P Martocci Jr<br>1300 Conn Ave NW Suite 300<br>Washington, DC 20036 | Claim 000011B, Payment 44.79% | 5400-000 | | 1,955.87 | 0.00 |

```
Account *******0863     Balance Forward         0.00
                    0   Deposits                0.00    8   Checks              41,303.25
                    0   Interest Postings       0.00    0   Adjustments Out          0.00
                                                        0   Transfers Out            0.00
                        Subtotal         $      0.00
                                                                Total       $   41,303.25
                    0   Adjustments In          0.00
                    3   Transfers In       41,303.25

                        Total            $ 41,303.25


Report Totals           Balance Forward         0.00
                    6   Deposits           40,601.92    8   Checks              41,303.25
                   37   Interest Postings     701.33    0   Adjustments Out          0.00
                                                        3   Transfers Out       41,303.25
                        Subtotal         $ 41,303.25
                                                                Total       $   82,606.50
                    0   Adjustments In          0.00
                    3   Transfers In       41,303.25

                        Total            $ 82,606.50        Net Total Balance   $    0.00
```

LFORM2T4 UST Form 101-7-TDR (4/1/2009) *(Page: 14)*

Ver: 14.31a